EXHIBIT

D

tabbies

Gregory Hatt Sentencing Statement
Page 1

First and foremost, I would like to apologize to Miss Beaudry's family and friends. I never had any intention of bringing harm to anyone.  She was young with her whole life ahead of her cut short by heroin I gave her which weighs heavily on my conscience every day.

I also realize now, since I have been sober, that I helped destroy my community. Every addict that I supplied I helped further destroy their lives and in turn increased crime.  The crimes that addicts will do to get their fix are seemingly endless and they don't discriminate. Because of that, I also want to apologize to law enforcement for essentially making crimes by feeding addicts heroin.

To my family, I would like to say I am sorry.  I know you did not raise me this way. I pray I get out of prison with ample time to show everyone that I am more than an addict and can reach my full potential.  I also hope to be able to help my mother and father out as they get into their golden years and hopefully they will be able to see me married and be able to see my children after this is all over.

The only reason I was selling drugs was to support my own heroin habit. I was heavily addicted to the drug and it ended up ruining my life.  My hours at my job were cut back drastically and in order to support my heroin addiction, I needed a way to get my fix.  By nature, I am not a violent person.  So I rationalized that instead of robbing people or businesses, I would go with what I deemed a lesser crime of drug dealing which has been my emergency job title when I needed money.  It's unfortunately all I knew.  However, this unfortunate series of events had me re-evaluate my life.

I now have a closer relationship with God as I had growing up before I got bad off on drugs and got expelled from school.  I also had done unforgiveable things to my family including stealing from them to support my habit.  God blessed me with an amazing family though and they have forgiven me for my transgressions and we are now closer than ever before.

In prison, I plan to work on myself.  This includes getting help for my drug addiction.  I don't want any part of that life anymore and unfortunately with heroin, the only way out for me is a prison sentence which will keep me away from heroin.  I plan to further my education as well.  This includes classes and

certifications, so that when I come home from prison, I will be able to have a set of skills and knowledge that will keep me away from drugs and out of trouble.

I also plan to try to help other addicts or kids to stay away from drugs as well as out of trouble by sharing my experiences.

I am very upset that all of this has happened, especially with Miss Beaudry. However, I feel it is necessary to make something positive out of all of this.  If I can go from injecting $20,000 a month to being clean and reformed, then anyone can do it.  If I can do it, I'll share my experience with everyone in hope that I can save a person or two.  I deeply regret my past decisions and hope that your honor will keep in mind when you sentence me that I have cooperated with law enforcement to my fullest, am non-violent, and have every intention of being reformed completely by the time I come home.  My parents are getting older and they won't be able to travel far, so I beg you to send me to Petersburg so they may see me.  Thank you.