Your Honor:

We are Monica Beaudry's parents. There are no words that can express our pain in losing our daughter. We are scarred for life, not sure if happiness will ever return to our family. We never imagined life without our 23 year old daughter. We are left with the loneliness, dysfunctional grief, depression, sorrow, anger and deep despair over her death. There isn't a day that goes by that we don't miss her and wish we could hug and kiss her again to let her know how much she is loved. Monica could light up a room with her smile. She loved music, played the piano, watched movies, and had numerous Netflix marathons with her friends. Her favorite job was working with toddlers at a day care center. She received numerous accolades from her peers when caring for her children. During her 12 months as a care giver she decided her calling in life was to be a counselor. She will not get to see her dreams of becoming a counselor, which she was to many of her friends already. It is devastating not just to us, her parents, but her brother, sister-in-law, niece and nephew, grandparents, and many aunts, uncles, cousins and friends. In the words of her brother, from a poem he sent following her tragic death: ... "it broke our hearts to lose you, but you did not go alone, as part of us went with you the day God called you home."

Monica seemed to making progress in her young life until she made the fatal mistake nine months earlier and tried Heroin. It took nine months to bring her into the world, and only nine months for Heroin to take her out of it. Heroin took a hold of Monica in a very short period of time. She had been in rehabilitation, but never embraced the support concept and thought she could handle her addiction on her own. The drug is so addicting to a body's physical and mental state. The struggle to stay away is difficult. Mr. Hatt showed he had no compassion for our daughter by not seeking help for her when it was evident she was in distress. He wanted to avoid detection, so he let our daughter die. We do not absolve Monica of her part in her death but feel that had the drug not been supplied by Mr. Hatt, she may have lived to fight another day, another week, another year. Monica's death had no effect on him, he was no friend, just a pusher. He continued to have total disregard for life as he continued to supply this poison to others in the community, until his arrest.

Our family will never celebrate Christmas or the holidays with the vigor and enjoyment Monica would bring to us all. Last Christmas, she was away from her family, having troubles with relationships, waiting on a job to start in January and then her birthday celebration is where she was asked over to Mr. Hatt's house to help celebrate her birthday. We hope that Monica's passing and this case will bring awareness to heroin epidemic that is ravaging the country. We were a regular all American family. We never imagined this addiction could happen to us. We were wrong. Our family is

forever changed. This epidemic is not just affecting the dealers and the addicted. It effects the family and friends of all those involved. There will be no more grandchildren, no wedding to attend, and no more Monica. She will be missed by all that have had the pleasure of knowing her.

We would like to thank the U.S. Attorney's Office, the Attorney General's Office, NCIS, Virginia Beach Police Department, and the Navy for investigating and prosecuting this case. We would especially like to thank the prosecutors and the detectives who brought this case forward and provided some justice for Monica and her family.

Sincerely,

James and Joy Beaudry

